# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WENDY WALKER ECCLESTONE MENDELSOHN** and
**JOSHUA MENDELSOHN,**
Appellants,

v.

**E. LLWYD ECCLESTONE, JR.,**
Appellee.

No. 4D2024-2788

[January 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley Jr., Judge; L.T. Case No. 50-2017-CA-010386.

Roderick Coleman of Coleman Law, LLC, Boca Raton, for appellants.

Roy Black, Lance W. Shinder, Jackie Perczek, Maria D. Neyra and Kyle A. Johnson of Black Srebnick, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***